■ BJB Corporation of WNY, Inc., Appellant, v Truck-Lite Co., Inc., Respondent. [788 NYS2d 898]—Appeal from an order of the Supreme Court, Chautauqua County (Joseph Gerace, J.), entered December 18, 2003. The order, after a nonjury trial, dismissed the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Pine and Hayes, JJ.